IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re:  Ronald Dee George | * | Case No. 09-23956 |
| | * | |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2009, a copy of the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Chapter 13 Plan and Chapter 13 Income Form 22c was mailed, first class, postage prepaid, to the following unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Ellen W. Cosby, Trustee
Pob 20016
Baltimore, MD 21284-0016

Ronald Dee George
26 Sylvan Park Court
Nottingham, MD 21236

I hereby certify that on the 9th day of September 2009, a copy of the Chapter 13 Plan was mailed, first class, postage prepaid, to the following:

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Andrew S. Lerner
401 Professional Drive
Suite 150
Gaithersburg, MD 20879

Associates/citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420

Chase
Bank One Card Serv
Westerville, OH 43081

Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156

Chase- BP
Attention: Banktruptcy Department
Po Box 100018
Kennesaw, GA 30156

Citi
Po Box 6241
Sioux Falls, SD 57117

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Comptroller of Maryland
Revenue Administration Building
Annapolis, MD 21411

Fst Premier
601 S Minnesota Ave
Sioux Falls, SD 57104

Gemb/chevron
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gmac
Po Box 130424
Roseville, MN 55113

Hooters Card
10705 Jordan Gtw Ste 200
South Jordan, UT 84095

HSBC
Attn: Bankruptcy

Po Box 5253
Carol Stream, IL 60197

Internal Revenue Service
Special Procedures Branch
attn: Bankruptcy Section
31 Hopkins Plaza, Room 1120
Baltimore, MD 21203

Merrick Bank
c/o Resurgent Capital Services
Pob 10368
Greenville, SC 29603-0368

Robert Shorthall
9827 York Road
Cockeysville, MD 21030

Trumark Fin
1000 Northbrook Dr
Trevose, PA 19053


                                              */s/ David Ostrow*
                                              David Ostrow