United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 09-23956-DER
Ronald Dee George                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: edevine              Page 1 of 2              Date Rcvd: Mar 14, 2012
                              Form ID: odsctr            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2012.
db          #+Ronald Dee George,   26 Sylvan Park Court,   Nottingham, MD 21236-4727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0416-1           User: edevine              Page 2 of 2                   Date Rcvd: Mar 14, 2012
                               Form ID: odsctr            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2012 at the address(es) listed below:
              David S. ^t^3Ostrow    on behalf of Debtor Ronald George  dso@askyassoc.com, wendy@askyassoc.com
              David Seth Ostrow    on behalf of Debtor Ronald George  dso@askyassoc.com, wendy@askyassoc.com,
               dgorius@askyassoc.com
              Ellen W. Cosby    ECF@ch13balt.com
                                                                                             TOTAL: 3

Entered: March 14, 2012
Signed:  March 14, 2012

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  09–23956 – DER    Chapter:  13

Ronald Dee George
26 Sylvan Park Court
Nottingham, MD 21236

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Ellen W. Cosby
300 E. Joppa Road, Suite 409
Towson, MD 21286

**odsctr** – *edevine*

**End of Order**